IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FERNANDO NEGRETE CRUZ, | § § § § | |
| Petitioner, | § § | |
| v. | § § | 1:26-CV-626-RP |
| CHARLOTTE COLLINS, *Warden, T. Don Hutto Detention Center*, | § § § § | |
| Respondents. | § § | |

**ORDER**

Before the Court is Petitioner Fernando Negrete Cruz's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), Federal Respondents' Response to Writ of Habeas Corpus Considering Recent Fifth Circuit Precedent, (Dkt. 6), and Petitioner's Reply to Government's Response, (Dkt. 7). Petitioner's Reply points out to the Court that the Response filed by Federal Respondents "does not correspond to Petitioner." (Reply, Dkt. 7). Petitioner, a citizen of Mexico, entered the United States without inspection in 2004 when he was five years old. (Pet., Dkt. 1, at 10, 12). Yet Federal Respondents put forth that "on December 20, 2024, Petitioner applied for admission," was "issued an [Notice to Appear] on December 20, 2024, and was released sometime thereafter." (Resp., Dkt. 6, at 2). **Federal Respondents then attach a Notice to Appear corresponding to a different individual**. Not only is this individual's name nowhere near Petitioner's name, but this other individual is from Cuba, not Mexico. (Not. to Appear, Dkt. 6-1, at 1).

This Response and attached Notice to Appear are only the latest in a series of filings by Federal Respondents that have no relevance to the petitioner before them. This Court has already orally warned counsel for Federal Respondents at a hearing on March 20, 2026, that their responses

1

in multiple habeas cases have repeatedly been boilerplate and inaccurate.[1] The Court will allow Federal Respondents to amend their Response in this case, but this is the last time. In the future, should Federal Respondents file a response to the Court's order to show cause in other similar habeas cases brought before this Court that does not apply to the specific petitioner at issue, the Court will strike the response and rule on the petition for a writ of habeas corpus without considering a response from Federal Respondents.

Accordingly, **IT IS ORDERED** that Federal Respondents shall file an amended response corresponding to Petitioner Fernando Negrete Cruz on or before **March 30, 2026**.

**IT IS FURTHER ORDERED** that subsequent failures by Federal Respondents to file relevant responses, in this case and in future cases before this Court for a writ of habeas corpus brought by a noncitizen detainee under § 2241, will result in the Court **striking** the response.

**SIGNED** on March 25, 2026.

_____

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

---

[1] *Nkondi v. Lyons*, 1:26-CV-330.

2